## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PIERO A. BUGONI,

    Plaintiff,

v.                                                          Case No: 8:14-cv-1314-T-30TBM

STATE OF FLORIDA,

    Defendant.

_____

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed for Plaintiff's failure to pay the removal filing fee, failure to comply with removal procedures, and failure to state an actionable claim.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-1314 dismissal.docx